JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. MACK JR., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01705-SB-JC <br><br><br> **FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order Granting Defendant's Motion for Summary Judgment, it is:

ORDERED AND ADJUDGED that Plaintiff James N. Mack Jr. shall take nothing on his claims against Defendant Federal Express Corporation. Plaintiff's claims are DISMISSED with prejudice.

This is a Final Judgment.

Dated: January 7, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge